1   EDMUND G. BROWN, JR.
2   Attorney General of the State of California
    THOMAS GREENE
3   Chief Assistant Attorney General
    KATHLEEN FOOTE (Cal. S. B. 65819)
4   Senior Assistant Attorney General
    EMILIO E. VARANINI (Cal. S. B. 163952)
5   Deputy Attorney General
6   455 Golden Gate Avenue, Ste. 11000
    San Francisco, CA 94102
7   Telephone: (415) 703-5908
8   Facsimile: (415) 703-5480
    Emilio.varanini@doj.ca.gov
9
    Attorneys for the State of California
10
11  JOSEF D. COOPER (Cal. S. B. 53015)
    TRACY R. KIRKHAM (Cal. S. B. 69913)
12  KELLY A. HORNE (Cal. S. B. 242675)
    COOPER & KIRKHAM, P.C.
13  655 Montgomery Street, 17th Floor
    San Francisco, CA 94111
14  Telephone: (415) 788-3030
15  Facsimile: (415) 882-7040
    jdc@coopkirk.com
16
17  Indirect Plaintiffs' Co-Lead Counsel

18

19              UNITED STATES DISTRICT COURT

20             NORTHERN DISTRICT OF CALIFORNIA

21  ~~State of California et al v. Infineon~~       ~~Case No. C 06-4333 PJH~~
22  ~~Technology, et al.~~

23  State of California et al v. Samsung           Case No. C 07-1347 PJH
24  Electronics Co., Ltd., et al

25  State of California, et al. v. Winbond         Case No. C 07-2589 PJH
26  Electronics Co.
                                                   STIPULATION AND [~~PROPOSED~~]
27                                                 ORDER APPOINTING THE
                                                   HONORABLE CHARLES B.
28                                                 RENFREW AS SPECIAL MASTER

## STIPULATION AND [PROPOSED] ORDER

Pursuant to the Court's November 15, 2007 Order and Federal Rule of Civil Procedure 53, the Indirect Purchaser Plaintiffs, the Governmental Purchaser Plaintiffs, and Plaintiff States (collectively, "Plaintiffs"), Defendants Samsung Semiconductor, Inc. and Samsung Electronics Company Ltd. (collectively "Samsung"), and Defendants Winbond Electronics Corporation and Winbond Electronics Corporation (collectively "Winbond") (Plaintiffs, Samsung and Winbond collectively, the "Settling Parties") hereby stipulate to the following proposed Order:

1.  The Court shall, and hereby does, appoint the Honorable Charles B. Renfrew, United States District Court Judge (Retired), as Special Master in these proceedings pursuant to Federal Rule of Civil Procedure 53(a)(1)(A).

2.  The Special Master shall have the authority granted by Rule 53(c), Federal Rules of Civil Procedure.

3.  The Special Master's duties shall consist of assisting the Settling Parties and the Court by preparing a report and issuing recommendations on the following subjects in connection with Plaintiffs' proposed settlements with Samsung and Winbond:

    a.  The development of a plan of allocation of settlement proceeds for the benefit of members of the Private Indirect Purchaser Settlement Class and the Government Purchaser Settlement Class, including the consideration and/or addition of any subclasses or other means of ensuring a fair and equitable allocation; and

    b.  The development of a proposed form of notice, and methods to disseminate that notice, in order to adequately apprise settlement class members of the proposed settlements.

4.  The Special Master shall proceed in the performance of his duties with all reasonable diligence and shall file and serve his report and recommendations with the Court and the settling parties on or before a date to be specified in future orders of the Court.

5.     The Special Master shall maintain and preserve any written order, report or recommendation the Special Master may make pursuant to this Stipulation and Order until this matter is finally resolved.  The Special Master may designate formal briefs, informal submissions, or any other materials as materials to be preserved and filed as the record of the master's activities and shall file such record with the Court in electronic format pursuant to future order of the Court.  In order to facilitate the fair and effective performance of the duties set forth in Paragraph 3 above, the Special Master may communicate *ex parte* with the Court, counsel or the settling parties.  The Special Master may review confidential documents and other information that is subject to the Protective Order issued in these actions as a court officer and shall be bound by the terms of the Protective Order.

6.     Except as ordered by the Special Master, all papers submitted to the Special Master in connection with any hearing to be held by him shall be served upon counsel for Plaintiffs and the Settling Defendants at least five (5) court days before any hearing; responses shall be filed and served at least two (2) court days before any hearing; and reply briefs shall be filed and served at least one (1) court day before the hearing.

7.     The Special Master's fee shall be computed by multiplying the hours incurred by him by his normal and customary hourly rate and all expenses shall be reasonably incurred and shall be billed at the Special Master's actual out-of-pocket cost. All payments to the Special Master shall be made from the settlement funds and be allocated pursuant to the agreement of the parties or by order of the Court upon the recommendation of the Special Master.

8.     The Settling Parties and the Court have reviewed the Declaration executed by Judge Renfrew, attached hereto as Exhibit 1, pursuant to Rule 53(b)(3), Federal Rules of Civil Procedure, and 28 U.S.C. 455.

9.     Pursuant to Rule 53(g)(1), Federal Rules of Civil Procedure, the Court may adopt, affirm, modify, wholly or partly reject, or resubmit to the Special Master with instructions any order, report, or recommendation submitted by the Special Master.  All objections to findings of fact and

1    all conclusions of law made or recommended by the Special Master shall be reviewed by the Court

2    *de novo* unless otherwise ordered by the Court.

3        **IT IS SO ORDERED.**

4

5    Dated: November __30__, 2007

6                                    Hon. Phy
                                    United St

7                                    *IT IS SO ORDERED*

8                                    Judge Phyllis J. Hamilton

9

10   This Stipulation and Proposed Order is respectfully submitted this 28 day of November, 2007 by

11   the following counsel for the Settling Parties:

12

13

14                                          /S/ Josef D. Cooper
                                    By:  Josef D. Cooper
15                                    On Behalf of All Private Indirect Purchaser
                                    Class Plaintiffs
16

17                                    DANIEL GUSTAFSON
                                    GUSTAFSON GLUEK, PLLC
18                                    650 Northstar East
                                    608 Second Avenue South
19                                    Minneapolis, MN 55402
                                    Telephone:  (612)333-8844
20

21                                    DANIEL J. MOGIN (Ca. S. B. 95624)
                                    THE MOGIN LAW FIRM
22                                    110 Juniper Street
                                    San Diego, CA 92101
23                                    Telephone:  (619) 687-6611

24

25                                    DAVID BOIES III
                                    STRAUS & BOIES, LLP
26                                    4041 University Drive, 5th Floor
                                    Fairfax, VA 22030
27                                    Telephone:  (703) 764-8700

28

1
2
3
4
5

JOSEF D. COOPER
COOPER & KIRKHAM, P.C.
655 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 788-3030

Co-Lead Counsel for Indirect Plaintiffs

6
7
8
9
10
11

FRANCIS O. SCARPULLA (Ca. S.B. 41059)
ZELLE, HOFFMAN, VOEBEL, MASON &
GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700

Liaison Counsel for Indirect Plaintiffs

12
13
14
15
16

TERRY GROSS (Ca. S. B. 103878)
GROSS & BELSKY, LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 544-0200

Chair, Indirect Plaintiffs' Executive Committee

17
18
19
20
21

_____/s/ Emilio E. Varanini_____
By:  Emilio E. Varanini
On Behalf of All Plaintiff States and All
Governmental Purchaser Class Plaintiffs

22
23
24
25
26
27
28

EDMUND G. BROWN, JR.
THOMAS GREENE
KATHLEEN FOOTE
EMILIO E. VARANINI
Office of the Attorney General
455 Golden Gate Avenue, Ste. 11000
San Francisco, CA 94102
Telephone: (415) 703-5908

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BLAKE L. HARROP
Senior Assistant Attorney General
State of Illinois
100 W. Randolph
Chicago, IL 60601
Telephone:  (312) 814-1004


_____._____/s/ Gary L. Halling_____
Gary L. Halling
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Tele: (415) 434-9100

Attorneys for Defendants Samsung
Semiconductor, Inc. and Samsung Electronics
Company, Ltd.


_____/s/ Steven H. Morrissett_____
Steven H. Morrissett
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER LLP
3300 Hillview Avenue
Palo Alto, CA  94304
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

William S. Farmer
COLLETTE ERICKSON FARMER &
O'NEILL LLP
235 Pine St, Suite 1300
San Francisco, CA 94104
Telephone:  (415) 788-4646
Facsimile:  (415) 788-6929

Attorneys for Defendants Winbond Electronics
Corporation and Winbond Electronics
Corporation America

Stipulation and [Proposed] Order Appointing The
Honorable Charles B. Renfrew as Special Master

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 1**

1  EDMUND G. BROWN, JR.
   Attorney General of the State of California
2  KATHLEEN FOOTE (Cal. S. B. 65819)
   Senior Assistant Attorney General
3  EMILIO E. VARANINI (Cal. S. B. 163952)
   Deputy Attorney General
4  455 Golden Gate Avenue, Ste. 11000
   San Francisco, CA 94102
5  Telephone: (415) 703-5908
6  Facsimile: (415) 703-5480
   Emilio.varanini@doj.ca.gov
7
8  Attorneys for Plaintiff States

9

10             UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA
              SAN FRANCISCO DIVISION
12

| | |
|---|---|
| State of California et al v. Infineon Technology, et al. | Case No. C 06-4333 PJH |
| State of California et al v. Samsung Electronics Co., Ltd., et al | Case No. C 07-1347 PJH |
| State of California, et al. v. Winbond Electronics Co. | Case No. C 07-2589 PJH |
| | **DECLARATION OF THE HONORABLE CHARLES B. RENFREW** |

20

21  I, CHARLES B. RENFREW, hereby declare and say:

22      1.    I am a retired United States District Judge for the Northern District of California and

23  former Deputy Attorney General of the United States. I make this declaration to satisfy the

24  provisions of Rule 53(b)(3), Federal Rules of Civil Procedure, and disclose any grounds for

25  disqualification under 28 U.S.C. Section 455 in connection with my appointment as a Special Master

26  in the above-captioned action.

27      2.    I hereby state:

28           a.    I have no personal bias or prejudice concerning any party to this litigation;

b. I have no personal knowledge of any disputed evidentiary facts concerning this proceeding;

c. While in private practice, neither my partners nor I serve or served as lawyers in the matter in controversy;

d. I am not a material witness concerning the matter in controversy;

e. I did not participate as counsel or an advisor or material witness concerning the proceedings, nor did I express an opinion concerning the merits of this case and any time while I served as either a United States District Judge or a Deputy United States Attorney General;

f. Neither my spouse nor I, individually or as fiduciaries, has a financial interest in the subject matter of the controversy, or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings;

g. Neither my spouse nor I, or any person within the third degree of relation to either of us, or the spouse of such person:

   (i) is a party to the proceeding; or an officer, director or trustee of a party;

   (ii) is acting as a lawyer in the proceeding;

   (iii) is known by me to have an interest that could be substantially affected by the outcome of the proceeding; or

   (iv) to my knowledge, is likely to be a material witness in the proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 28, 2007.

Charles B. Renfrew

The Honorable Charles B. Renfrew
United States District Court Judge (Retired)

Declaration of the Honorable Charles B. Renfrew

2